# COURT MINUTES/ORDER

## United States Magistrate Judge Panayotta Augustin-Birch

**Courtroom 203D**   Date: 6/20/2025   Time: 9:00 a.m.

**Defendant:** Olushola Yusuf (J)   **J#:** 91517-511   **Case #:** 25-cr-60145-MD
**AUSA:** Angela Benoit for Jacqueline DerOvanesian   **Attorney:** Huda Ajlani Macri, AFPD
**Violation:** CONSPIRACY TO DISTRIBUTE A CONTROLLED SUBSTANCE; DISTRIBUTING AND DISPENSING A CONTROLLED SUBSTANCE
**Proceeding:** Initial Appearance/Arraignment   **CJA Appt:**
**Bond/PTD Held:** ☐ Yes ☐ No   **Recommended Bond:** $500,000 PSB and $100,000 10%
**Bond Set at:** $250,000 PSB   **Co-signed by:** Olalekan Yusuf

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☒ Other: See bond

**Language:** English

**Disposition:**
Defendant present and advised of rights and charges. **Court grants Government Ore Tenus Motion to Unseal Indictment,** see Order. **Court grants Defendant Ore Tenus Motion to Appoint Counsel.** Defendant sworn and found indigent by the Court. **Court appoints FPD.** **Court sets bond.** Defendant released. Co-signer must sign bond by June 24th at 4pm. **Defendant arraigned:** Reading of Indictment Waived, Not guilty plea entered, Jury trial demanded, Standing Discovery Order requested. **Court grants Defense Ore Tenus Motion for Standing Discovery Order.** **Brady Order entered.**

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 9:02:59   Time in Court: 35 minutes

**CHECK IF APPLICABLE:** __For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, l8 USC 3161 et seq..