UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**
U.S. MAGISTRATE JUDGE JARED M. STRAUSS- FORT LAUDERDALE, FLORIDA (203-D)

| | | | |
|---|---|---|---|
| DEFT: | **SAMAN GIMENEZ (B)#** | CASE NO: | **25-60145-CR-DAMIAN** |
| AUSA: | **J. DEROVANESIAN** | ATTY: | **SABINO JAUREGUI (TRIAL ONLY)** |
| USPO: | | VIOL: | **21:U.S.C.§841, 846** |
| PROCEEDING: | **INITIAL APPEARANCE/ARRAIGNMENT** | RECOMMENDED BOND: | |

BOND/PTD HEARING HELD - yes / no     COUNSEL APPOINTED:

BOND SET @:  **CONTINUED ON SAME BOND MD/FL**    To be cosigned by:

- ☐ All standard conditions
- ☐ Do not encumber property.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or  x's a week/month by phone; x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Electronic Monitoring:
- ☐ Travel extended to:
- ☐ Other: PLEASE REFER TO BOND FOR CONDITIONS

** APPEARED IN MD/FL (TAMPA) ON 6/24/2025

**RELEASED ON A $100,000 PSB **

**DEFENDANT PRESENT IN COURT WITH COUNSEL**

**ADVISED OF CHARGES. BOTH SIDES AGREED IN**

**CONTINUING DEFENDANT ON SAME BOND SET IN MD/FL**

**COURT GRANTS REQUEST. DEFT CONTINUED ON A**

**$100,000 PSB. READING OF INDICTMENT WAIVED**

**NOT GUILTY PLEA ENTERED. JURY TRIAL DEMANDED**

**SDO REQUESTED. DEFENSE COUNSEL ORE TENUS**

**MOTION FOR ENTRY OF SDO IS GRANTED.**

****BRADY ORDER ENTERED TODAY ****

NEXT COURT APPEARANCE:     DATE:     TIME:     JUDGE:     PLACE:

REPORT RE COUNSEL:

**PTD**/NEBBIA HEARING:

**ARRAIGN** OR REMOVAL:

**PRELIM/EXAM HRG**

07/07/25     TIME:  **11:00 AM**     FTL/TAPE/# JMS-     Begin  **203-D**

**[15 MINUTES] *** RECORDED IN ROOM 203-D COURTROOM
***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT *** DAR: 11:18:43-11:28:29